IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL BLAKE, INDIVIDUALLY** * | **CIVIL ACTION NO.** |
| **AND ON BEHALF OF ALL OTHERS** * | **2:16-cv-012713-SM-JCW** |
| **SIMILARLY SITUATED** * | |
| Plaintiffs, * | **SECTION: E** |
| * | |
| vs. * | |
| * | **DISTRICT JUDGE MORGAN** |
| **SUPREME SERVICE & SPECIALTY** * | |
| **COMPANY, INC.** * | **MAGISTRATE JUDGE WILKINSON** |

**JOINT MOTION TO APPROVE SETTLEMENT
AS TO NINE REMAINING PLAINTIFFS**

For the reasons more fully stated in their accompanying memorandum, Plaintiffs Michael Blake, Junuis Bonvillain, Jerome Galloway, Ryan Holford, Carroll Lawson, Damien McDowell, Dustin Miller, Vincent Soto, and Jason Bradley Wagner and Defendant Supreme Service & Specialty Co., Inc. jointly request the Court to approve their negotiated settlement of this *Fair Labor Standards Act* lawsuit and dismiss this action with prejudice.

Dated: April 12, 2017.                Respectfully submitted,

                    By:    */s/ Michael Tusa*
                            Michael T. Tusa, Jr. (#02154)
                            SUTTON, ALKER & RATHER, LLC
                            4080 Lonesome Road, Suite A
                            Mandeville, Louisiana 70448
                            Telephone: (985) 727-7501
                            Facsimile: (985) 727-7505
                            Email: mtusa@sutton-alker.com

Of Counsel:
Clif Alexander
Federal I.D. No. 1138436
Texas Bar No. 24064805
ANDERSON 2X PLLC
819 North Upper Broadway
Corpus Christi, TX 78401

Phone: 361.452.1279
Fax: 361.452.1284
Email: clif@2xlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**ADAMS AND REESE LLP**

By: */s/ Scott Hetrick*
R. Scott Hetrick
11 North Water Street, Suite 23200
Mobile, AL 36602
Telephone: (251) 650-0852
Email: scott.hetrick@arlaw.com
Admitted *pro hac vice*

By: */s/ Brooke Duncan III*
BROOKE DUNCAN III # 17944
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Email: brooke.duncan@arlaw.com

*Counsel for Supreme Service & Specialty Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Scott Hetrick*